# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

JOSE A. ALVAREZCASANOVA  CASE 12-10267-MCF
IRIS N. REYES OLIVO
DEBTORS  CHAPTER 13
*****************************************************************

# AMENDED CHAPTER 13 PLAN

**TO THE HONORABLE COURT:**

Debtor in the above-captioned case, hereby amends the Chapter 13 Payment Plan for the first time in this case. **The purpose for the amendment is to increase the plan's base in order to make the same sufficiently funded to pay present value and secured claims.**

## Notice

**Parties are granted fourteen (14) days and an additional three days pursuant to Fed. R. Bank P. 9006 (f) if you were served by mail to file objections and that if no objections are filed, the Court could confirm the plan without further hearing.**

## CERTIFICATE OF SERVICE

**I hereby certify** that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, Chapter 13 Trustee, Alejandro Oliveras at aorecf@13sju.com and by depositing true and correct copies thereof in the United States Mail, to the non CM/ECF participants and parties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof.

In Arecibo, Puerto Rico, this 8th day of July, 2013.

RESPECTFULLY SUBMITTED,

**FELIX M ZENO GLORO
USDC 124212
BOX 1945 ARECIBO PR 00613
TEL 879-1760; 880-1760
tribunal@zenogloro.com**

By: **/s/Liavanessa Fontánez Ruíz
LIAVANESSA FONTANEZ RUIZ
USDC 213707**

lfr

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                         Case No. **12-10267-MCF**

**ALVAREZ CASANOVA, JOSE AUGUSTO & REYES OLIVO, IRIS NEREIDA**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **7/08/2013**
☑ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **550.00** x **12** = $ **6,600.00**
$ **835.00** x **48** = $ **40,080.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **46,680.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **46,680.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,935.00**

Signed: [signature]
Debtor
[signature]
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BMW FINANCIAL SE** Cr. _____ Cr. _____
# **2000313307** # _____ # _____
$ **24,424.55** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **FELIX M ZENO GLORO LAW OFFICE**        Phone: **(787) 879-1760**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **ALVAREZ CASANOVA, JOSE AUGUSTO & REYES OLIVO, IRIS NEREIDA** Case No. **12-10267-MCF**

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

TRUSTEE WILL PAY ATTORNEY'S FEES BEFORE ANY SECURED CLAIM AND AFTER ADEQUATE PROTECTION PAYMENTS OF $350.00 MONTHLY TO BMW FINANCIAL SERVICES UNTIL CONFIRMATION OF THE PLAN.

DEBTOR WILL PROVIDE INSURANCE COVERAGE TO BMW FINANCIAL SERVICES AFTER MATURITY DATE THROUGH EASTERN AMERICAN INSURANCE CO.

ANY SHARES/SAVINGS/DIVIDENS IN ANY COOP/BANK/ASSOCIATION THAT FILES A PROOF OF CLAIM WILL BE SURRENDERED.

TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION, THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OF COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF FUNDS.

THE TRUSTEESHALLPAY SECURED CREDITOR BMW FINANCIAL AS PER CLAIM # 3-1, INCLUDING INTEREST AT THE RATE OF 5.90% (FIXED RATE).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

12-10267-MCF13 JOSE AUGUSTO ALVAREZ CASANOVA and IRIS NEREIDA REYES OLIVO
Case type: bk Chapter: 13 Asset: Yes Vol: v US BANKRUPTCY JUDGE: MILDRED CABAN FLORES
Date filed: 12/28/2012 Date of last filing: 07/03/2013

# Creditors

| Creditor | ID |
|---|---|
| Asset Acceptance LLC<br>P.O. Box 2036<br>Warren Mi 48090 | (3689599)<br>(cr) |
| BMW FINANCIAL SERVICES<br>ATTN: BANKRUPTCY DEPARTMENT<br>5550 BRITTON PKWY<br>HILLIARD, OH 43026 | (3627190)<br>(cr) |
| BMW FINANCIAL SERVICES<br>5515 PARKCENTER CIR<br>DUBLIN, OH 43017 | (3627189)<br>(cr) |
| BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH 43016 | (3639520)<br>(cr) |
| C CANDELARIA<br>PO BOX 3255<br>MANATI, PR 00674 | (3627191)<br>(cr) |
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (3700175)<br>(cr) |
| COOP A/C MANATI<br>PO BOX 30562<br>MANATI, PR 00674-8516 | (3627192)<br>(cr) |
| COOP DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792 | (3627193)<br>(cr) |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | (3731756)<br>(cr) |
| GECRB/SAMS<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL, GA 30076 | (3627195)<br>(cr) |
| GECRB/SAMS<br>PO BOX 965005<br>ORLANDO, FL 32896 | (3627194)<br>(cr) |
| GECRB/WALMAR<br>PO BOX 965024<br>EL PASO, TX 79998 | (3627196)<br>(cr) |
| GECRB/WALMAR<br>ATTN: BANKRUPTCY | (3627197) |

PO BOX 103104 (cr)
ROSWELL, GA 30076

**WALGREEN PR PROFIT SHARING**
RETIREMENT PLAN (3627198)
200 WILMOT ROAD (cr)
DEERFIELD, IL 60015

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/08/2013 17:30:25 ||||
| PACER Login: | fz0002 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 12-10267-MCF13 Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |